**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JENNIFER HARRIGAN,

Plaintiffs,

vs.

OUTFRONT MEDIA INC.,

Defendant.

A

Civil Action No.: 18-cv-4113

**NOTICE OF APPEARANCE**

TO: The Clerk of the Court and all parties of record,

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JENIIFER HARRIGAN, individually and on behalf of all others similarly situated.

Date: May 8, 2018
New York, New York

Rachel M. Haskell (RH8248)
The Law Office of Christopher Davis
225 Broadway, Suite 1803
New York, New York 10007
rhaskell@workingsolutionsnyc.com
646-430-7930 (main)
646-349-2504 (fax)