SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3045 direct
eraphan@sheppardmullin.com

July 15, 2019

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Jennifer Harrigan v. OUTFRONT Media, Inc.*, No. 1:18-cv-04113

Dear Judge Caproni:

We represent OUTFRONT Media, Inc. ("OUTFRONT") in the above-referenced matter. We write to request an extension of the fact discovery deadline in this action, which is currently set for September 16, 2019, until November 1, 2019, with a corresponding extension of the expert discovery deadline to December 2, 2019. Plaintiff Jennifer Harrigan ("Harrigan") consents to this request for an extension. This is the second request for an extension of the fact discovery deadline requested by the parties.

Both parties have continued to work diligently and cooperatively with one another to complete fact discovery in the allotted time. For instance, the parties have agreed upon the identities of six witnesses to be deposed in this action, and have completed initial rounds of document production. The parties are also close to agreement with respect to final topics for the deposition of a 30(b)(6) witness from OUTFRONT. Finally, the process of ESI review and production is moving smoothly, despite initial challenges and delays in both formatting certain ESI materials and collecting emails attaching the extraordinarily large graphic files used in the process of completing advertising production work.

At the same time, however, counsel for OUTFRONT has encountered a number of unexpected and time-consuming developments in other pending cases, including two cases with simultaneous temporary restraining order applications and severely expedited discovery schedules: (i) *Bushwick Metals, LLC v. Perlen*, No. FST-CV-19-6041460-S, in the Connecticut Superior Court, Stamford; and (ii) *Pentec Health Inc. v. Shelia Haley and Bond Pharmacy Inc., d/b/a AIS Healthcare*, No. 2:19-cv-02695-NIQA in the United States District Court for the Eastern District of Pennsylvania. These matters, coupled with the summer vacation schedules of relevant witnesses, counsel and third-party deponents, have delayed the discovery process and made scheduling all deposition dates before September 15, 2019 extremely challenging.

The parties are aware that this constitutes the second request for an extension of the discovery deadline in this action, and regret the additional imposition on the Court. However, the

SheppardMullin



parties wish to proactively alert the Court of such scheduling issues as soon as possible to avoid unnecessary delays or difficulty obtaining necessary depositions in the future. This brief extension of the fact discovery deadline will allow the parties the necessary time and flexibility to complete document production and depositions, and the parties do not anticipate any further requests for an extension of this deadline.

To the extent that Your Honor has any questions regarding the foregoing request, we will be happy to discuss the same. Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Eric D. Raphan*

Eric D. Raphan
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc: Counsel of Record