SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3045 direct
eraphan@sheppardmullin.com

July 26, 2019

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Jennifer Harrigan v. OUTFRONT Media, Inc.*, No. 1:18-cv-04113

Dear Judge Caproni:

We represent OUTFRONT Media, Inc. ("OUTFRONT") in the above-referenced matter. We submit this Joint Status Letter together with Plaintiff Jennifer Harrigan ("Plaintiff") in accordance with Your Honor's July 17, 2019 Scheduling Order (Dkt. No. 32).

The parties have continued to work diligently and cooperatively to complete document discovery in a timely manner. To date, each party has produced one round of documents. Plaintiff included ESI in her first production of documents. OUTFRONT is nearing completion of its review and production of ESI materials in accordance with the ESI protocol agreed upon by the parties. Defendants anticipate completing their production of ESI materials no later than August 2, 2019.

Depositions have yet to commence in this action. However, during a telephonic meet and confer on July 26, 2019, the parties have tentatively agreed to schedule Plaintiff's deposition for the final week in August 2019, pending Plaintiff's availability. The parties have scheduled an additional telephonic meet and confer for August 8, 2019 to finalize a date for Plaintiff's deposition and to identify mutually agreeable dates for depositions of remaining witnesses.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

*/s/ Eric D. Raphan*

Eric D. Raphan
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc: Counsel of Record