SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

212.634.3045 direct
eraphan@sheppardmullin.com

September 3, 2019

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Jennifer Harrigan v. OUTFRONT Media Inc.*, No. 1:18-cv-04113

Dear Judge Caproni:

We represent OUTFRONT Media, Inc. in the above-referenced matter. We submit this Joint Status Letter together with counsel for Plaintiff Jennifer Harrigan in accordance with Your Honor's July 17, 2019 Scheduling Order (Dkt. No. 32). We write to report that the parties have reached a settlement in principle in this action, and are presently in the process of finalizing the terms of a settlement agreement contemplating the dismissal of this action.

We thank Your Honor for your time and attention to this matter.

Respectfully submitted,

*/s/ Eric D. Raphan*

Eric D. Raphan
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc: Counsel of Record